**Order filed, December 13, 2013.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-13-00895-CR**
_____

**JOSE  DEJESUS ACOSTA JUNIOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCR-058827B**

## ORDER

The reporter's record in this case was due **November 22, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Karen Woolsey**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM